CO-386-online
10/03

# United States District Court
# For the District of Columbia

Clara Maass Medical Center, et al.    )
    )
    )
    )    Civil Action No._____
    Plaintiff    )
vs    )
    )
Michael O. Leavitt, Secretary    )
Department of Health and Human Services    )
    )
    Defendant    )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _Clara Maass Medical Center, et al._ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _Clara Maass Medical Center, et al._ which have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Eugene E. Elder_
Signature

435921
BAR IDENTIFICATION NO.

Eugene E. Elder
Print Name

1333 New Hampshire Avenue, N.W.
Address

Washington, D.C.    20036
City    State    Zip Code

202.887.4149
Phone Number