IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARA MAASS MEDICAL CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, <br><br> Defendant. | Civil Action No. 1:08-CV-00712 (RMU) |

**NOTICE OF APPEARANCE**

Undersigned counsel, Amy E. Powell, hereby enters her appearance as counsel for the defendant in the above-captioned case.

Dated: May 28, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA LIEBER
Deputy Director
Federal Programs Branch

/s/
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov