IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARA MAASS MEDICAL CENTER, et al., <br><br>                       Plaintiffs,<br><br>       v.<br><br>MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services,<br>                       Defendant. | Civil Action No. 1:08-CV-00712 (RMU) |

**MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO THE COMPLAINT**

Defendant Michael O. Leavitt, Secretary of Health and Human Services, through undersigned counsel, respectfully moves for an extension of time, up to and including August 15, 2008, to file his response to the complaint. Defendant's response to the complaint is currently due 60 days after service on the U.S. Attorney's Office, pursuant to Federal Rule of Civil Procedure 12(a)(2). This is Defendant's first request for an extension of time to file a response in the present case, and the requested extension is supported by good cause, including the need to obtain an administrative record, the complexity of the issues, and undersigned counsel's planned vacation and significant deadlines in other cases. The requested extension does not affect any other existing deadlines in this matter. Undersigned counsel has consulted with plaintiffs' counsel, who does not oppose this motion.

Dated: May 30, 2008

                                                                             Respectfully submitted,

                                                                             GREGORY G. KATSAS
                                                                             Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA LIEBER
Deputy Director
Federal Programs Branch

/s/Amy E. Powell
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARA MAASS MEDICAL CENTER, et al., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, <br><br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>Civil Action No. 1:08-CV-00712 (RMU) |

**[PROPOSED] ORDER**

This matter is before the Court on an Unopposed Motion for an Extension of Time in which to Respond to the Complaint. Upon due consideration of the Defendant's submission, it is hereby:

ORDERED that, the Motion for an Extension of Time in which to Respond to the Complaint, is GRANTED; and it is further

ORDERED that Defendant file a response to the Complaint on or before August 15, 2008.

SIGNED and ENTERED this ___ day of _____, 2008.

_____
U.S. DISTRICT JUDGE RICARDO M. URBINA