UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARA MAASS MEDICAL CENTER, et al., )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>MICHAEL O. LEAVITT,  )<br>Secretary, United States Department of  )<br>Health and Human Services,  )<br>)<br>Defendant.  ) | Civ. Action No. 08-0712 (RMU) |

**NOTICE OF WITHDRAWAL**

The Clerk of the Court will please withdraw the appearance of Assistant United States Attorney Christopher B. Harwood as counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/
CHRISTOPHER B. HARWOOD
N.Y. Reg. No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372