IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARA MAASS MEDICAL CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:08-CV-00712 (RMU) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Undersigned counsel, Kyle R. Freeny, hereby enters her appearance as counsel for the defendant in the above-captioned case, in substitution for Amy E. Powell, whose appearance is withdrawn.

Dated: June 26, 2008

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA LIEBER
Deputy Branch Director, Federal Programs Branch

By: /s/ Kyle R. Freeny
KYLE R. FREENY (California Bar # 247857)
Trial Attorney
U.S. Department of Justice, Civil Division
P.O. Box 883, Washington, DC 20044
Telephone: (202) 514-5108
Facsimile: (202) 616-8202
Email: Kyle.Freeny@usdoj.gov
*Counsel for Defendants*