IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CLARA MAASS MEDICAL CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, <br><br> Defendant. | Civil Action No. 1:08-CV-00712 (RMU) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, hereby files with this Notice the Administrative Record for this action, too voluminous to be filed on the electronic record. A certified paper copy and an electronic copy are being filed with the Clerk's Office. This filing includes the proceedings before the Provider Reimbursement Review Board (1 volume, 1 CD-ROM) and the partial rulemaking record (4 volumes, 1 CD-ROM). The Record is being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

Dated: August 15, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA LIEBER
Deputy Director, Federal Programs Branch

/s/ Kyle R. Freeny
KYLE R. FREENY (California Bar # 247857)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
P.O. Box 883, Washington, DC  20044
Telephone:  (202) 514-5108
Facsimile:   (202) 616-8202
Email:  Kyle.Freeny@usdoj.gov

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARA MAASS MEDICAL CENTER, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services,<br><br>      Defendant. | Civil Action No. 1:08-CV-00712 (RMU) |

### CERTIFICATE OF SERVICE

Undersigned counsel, Kyle R. Freeny, hereby certifies that on or about August 15, 2008, a copy of the record of the proceedings before the Provider Reimbursement Review Board (1 volume, 1 CD-ROM) and a copy of the partial rulemaking record (4 Volumes, 1 CD-ROM) were sent via U.S. mail to:

Eugene Elder
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington , DC  20036

             /s/ Kyle R. Freeny
             KYLE R. FREENY
             *Counsel for Defendant*