IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CLARA MAASS MEDICAL CENTER, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services,<br><br>　　　　　　　　　Defendant. | Civil Action No. 1:08-CV-00712 (RMU) |

### JOINT STATUS REPORT

Counsel for all parties in the above-captioned action, having conferred, hereby file this joint status report. Defendant Michael O. Leavitt, Secretary of the U.S. Department of Health and Human Services ("Secretary"), answered plaintiffs' Complaint on August 15, 2008, see Docket Entry 9, filing a copy of the administrative record therewith, see Docket Entry 10. The parties deem this case suitable for disposition on cross-motions for summary judgment.[1] However, because ultimate disposition of this case turns on the same issues presently being briefed before this Court in three other consolidated actions – Caritas Medical Ctr. et al. v. Leavitt, No. 07-CV-01889 (RMU), Baptist Memorial Hospital - Mississippi County, Inc. v. Leavitt, No. 07-cv-2197 (RMU), and Chippewa Valley Hospital & Oakview Care Center, Inc. v. Leavitt, No. 07-cv-2329 (RMU) (collectively, "Caritas") – the parties propose that proceedings in the instant case be stayed pending a decision in those actions.

Counsel for all parties to this action have conferred on the matter and contemporaneously

---

[1] Because this action involves a legal challenge to rulemaking by the Secretary, the parties do not propose settlement discussions before a Magistrate Judge at this time.

file with this report a joint motion to stay these proceedings pending a decision in <u>Caritas</u>.

Dated: August 29, 2008   Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney
SHEILA LIEBER
Deputy Director, Federal Programs Branch

 /s/ Kyle R. Freeny
KYLE R. FREENY (California Bar # 247857)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
P.O. Box 883, Washington, DC  20044
(202) 514-5108 (phone)
(202) 616-8202 (fax)
Email:  Kyle.Freeny@usdoj.gov
*Counsel for Defendant*

AKIN GUMP STRAUSS HAUER & FELD LLP

 /s/ Eugene E. Elder
EUGENE E. ELDER (D.C. Bar No. 435921)
JOHN R. JACOB (D.C. Bar No. 44412)
ELIZABETH H. GOLDMAN (D.C. Bar No. 481173)
1333 New Hampshire Avenue, NW
Washington, DC  20036
(202) 887-4149 (phone)
*Counsel for Plaintiffs*