IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CLARA MAASS MEDICAL CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, <br><br> Defendant. | Civil Action No. 1:08-CV-00712 (RMU) |

## JOINT MOTION TO STAY PROCEEDINGS

All parties, by and through undersigned counsel, hereby move to stay the proceedings in this case pending a final decision in <u>Caritas Medical Ctr. et al. v. Leavitt</u>, No. 07-CV-01889 (RMU), <u>Baptist Memorial Hospital - Mississippi County, Inc. v. Leavitt</u>, No. 07-cv-2197 (RMU), and <u>Chippewa Valley Hospital & Oakview Care Center, Inc. v. Leavitt</u>, No. 07-cv-2329 (RMU) (collectively, "<u>Caritas</u>").  The ultimate disposition of this action will turn on the very same legal question at issue in <u>Caritas</u> – namely, whether the Secretary of the U.S. Department of Health and Human Resources properly applied the "blend rate" methodology to calculate Medicare payments for certain outpatient services funished between January 1, 1999 and July 31, 2000. Briefing is already under way in the <u>Caritas</u> cases, which were consolidated for purposes of briefing and hearing on cross-motions for summary judgment, and briefing is scheduled to be completed in those cases on November 3, 2008.

This Court undoubtedly has the authority to stay proceedings in the above-captioned case: "The power to stay proceedings is incidental to the power inherent in every court to control the

disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Bledsoe v. Crowley, 849 F.2d 639, 645 (D.C. Cir. 1988), quoting Landis v. N. Am. Co., 299 U.S. 248, 254 (1936). A stay would prevent duplicative presentation of the same legal arguments already before the Court in Caritas. See Fairview Hosp. v. Leavitt, No. 05-1065 (RWR), 2007 WL 1521233, at *2-3 (D.D.C. May 22, 2007). Because a stay would conserve the resources of both the parties and the Court, a stay is warranted pending a decision on the cross-motions for summary judgment in Caritas.

Dated: August 29, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney
SHEILA LIEBER
Deputy Director, Federal Programs Branch

 /s/ Kyle R. Freeny
KYLE R. FREENY (California Bar # 247857)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
P.O. Box 883, Washington, DC  20044
(202) 514-5108 (phone)
(202) 616-8202 (fax)
Email:  Kyle.Freeny@usdoj.gov
*Counsel for Defendant*

AKIN GUMP STRAUSS HAUER & FELD LLP

 /s/ Eugene E. Elder
EUGENE E. ELDER (D.C. Bar No. 435921)
JOHN R. JACOB (D.C. Bar No. 44412)
ELIZABETH H. GOLDMAN (D.C. Bar No. 481173)
1333 New Hampshire Avenue, NW
Washington, DC  20036
(202) 887-4149 (phone)

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARA MAASS MEDICAL CENTER, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services,<br><br>　　　　　　　Defendant. | Civil Action No. 1:08-CV-00712 (RMU) |

**[Proposed] ORDER**

Upon consideration of the parties' Joint Motion to Stay Proceedings, it is hereby:

　　ORDERED that the Joint Motion to Stay Proceedings is GRANTED; and it is

　　ORDERED that the proceedings in the above-captioned action are stayed until this Court rules on the cross-motions for summary judgment pending in <u>Caritas Medical Ctr. et al. v. Leavitt</u>, No. 07-CV-01889 (RMU), <u>Baptist Memorial Hospital - Mississippi County, Inc. v. Leavitt</u>, No. 07-cv-2197 (RMU), and <u>Chippewa Valley Hospital & Oakview Care Center, Inc. v. Leavitt</u>, No. 07-cv-2329 (RMU) (collectively, "Caritas"); and it is

　　FURTHER ORDERED that within 60 days after the Court's ruling on the parties' cross-motions for summary judgment in <u>Caritas</u>, the parties to this action shall submit a status report to the Court addressing the need for any further proceedings in this action or for continuance of the stay, or alternatively, a stipulation of dismissal.

SO ORDERED, this _____ day of _____, 2008.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Ricardo M. Urbina
　　　　　　　　　　　　　　　　　　　　　United States District Judge